**Motion Granted and Order filed June 12, 2014.**



In The

# Fourteenth Court of Appeals

———————

## NO. 14-14-00448-CV
———————

## IN RE FINN KRISTENSEN, AKZO NOBEL POLYMER CHEMICALS, LLC, AKZO NOBEL, INC., AKZO NOBEL CHEMICALS, LLC, RYDER TRUCK RENTAL, INC., AND GABE T. VICK, Relators

---

**ORIGINAL PROCEEDING**
**WRIT OF MANDAMUS**
**151st District Court**
**Harris County, Texas**
**Trial Court Cause No. 2013-58165**

---

## ORDER

On June 11, 2014, relators Finn Kristensen, Akzo Nobel Polymer Chemicals, LLC, Akzo Nobel, Inc., Akzo Nobel Chemicals, LLC, Ryder Truck Rental, Inc., and Gabe T. Vick, filed a petition for writ of mandamus with this

Court. *See* Tex. Gov't Code § 22.221; *see also* Tex. R. App. P. 52. In their petition, relators ask this Court to compel the Honorable Mike Engelhart, presiding judge of the 151st District Court of Harris County, to vacate three orders requiring relators to produce certain information and sanctioning one of relators' attorneys.

Relators also have filed with this Court a motion for temporary relief. *See* Tex. R. App. P. 52.8(b), 52.10. On June 11, 2014, relators asked this Court to stay enforcement of the challenged orders pending disposition by this Court of relators' petition for writ of mandamus.

It appears from the facts stated in the petition and motion that relators' request for relief requires further consideration and that relators will be prejudiced unless immediate temporary relief is granted. We therefore **GRANT** relators' motion and issue the following order:

We **ORDER** any enforcement of the trial court's orders dated May 7, 2014, June 2, 2014, and June 4, 2014 in trial court cause number 2013-58165, styled *Dononato Castillo, Jr. v. Finn Kristensen, Akzo Nobel Polymer Chemicals, LLC, Akzo Nobel, Inc., Akzo Nobel Chemicals, LLC, and Ryder Truck Rental, Inc.*, **STAYED** until a final decision by this Court on relators' petition for writ of mandamus, or until further order of this Court.

In addition, the Court requests real party in interest Dononato Castillo, Jr. to file a response to the petition for writ of mandamus on or before **June 27, 2014.** *See* Tex. R. App. P. 52.4.

PER CURIAM

Panel consists of Justices Boyce, Busby, and Wise.